IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 06-0338-CG-M ) |
| AMERICAN CONSERTECH, INC., et al., | ) ) |
| Defendants. | ) |

## DEFAULT JUDGMENT

Pursuant to this court's order of April 9, 2008, granting Default Judgment in favor of plaintiff, **Fidelity & Deposit Company of Maryland** ("F&D"), and against defendants, **Scott Cope, Gloria Cope**, and **American ConserTech, Inc.,** this Court finds that F&D is entitled to entry judgment in its favor and against defendants, **Scott Cope, Gloria Cope**, and **American ConserTech, Inc.,** and orders as follows:

**IT IS HEREBY ORDERED** that **Scott Cope, Gloria Cope**, and **American ConserTech, Inc.** are jointly and severally liable to F&D under General Agreements of Indemnity executed on May 8, 2002, and March 24, 2003, to indemnify F&D for its costs and damages incurred pursuant to F&D's performance of the defaulted performance and payment obligations of American Consertech, Inc., pursuant to payment and performance bonds PRF 8650587, PRF 8650584, PRF 8650581, PRF 8650572, and PRF 8650564;

**IT IS FURTHER ORDERED** that the liability of **Scott Cope, Gloria Cope**, and **American ConserTech, Inc.**, shall be joint and several with the liability adjudged as to Charles Zeller and Patricia Ann Zeller in this Court's orders granting summary judgment against Charles Zeller and Patricia Ann Zeller in these proceedings;

**IT IS FURTHER ORDERED** that F&D's costs and damages, for which the defendants, **Scott Cope, Gloria Cope,** and **American ConserTech, Inc.** are jointly and severally liable, are in the amount of **$3,476,165.70**;

**IT IS FURTHER ORDERED** that **Scott Cope, Gloria Cope**, and **American ConserTech, Inc.** shall pay to F&D the amount of **$3,476,165.70**.

**DONE and ORDERED** this 18th day of June, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE