IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND, )<br>)<br>     Plaintiff, )<br>)<br>vs. )<br>)<br>AMERICAN CONSERTECH, INC., et al., )<br>)<br>     Defendants. ) | CIVIL ACTION NO. 06-0338-CG-M |

## JUDGMENT

Pursuant to this court's orders of October 11, 2007 and April 9, 2008, granting summary judgment in favor of plaintiff, **Fidelity & Deposit Company of Maryland** ("F&D") as to defendants **Charles Zeller** and **Patricia Ann Zeller** (also known as **Patricia Geiss**) and upon consideration of the Motion for Entry of Judgment on Damages (Doc. 111) and the attached affidavit and exhibits, this Court finds that F&D is entitled to entry judgment in its favor and against **Charles Zeller** and **Patricia Ann Zeller** and orders as follows:

**IT IS HEREBY ORDERED** that **Charles Zeller** and **Patricia Ann Zeller** are jointly and severally liable to F&D under General Agreements of Indemnity executed on May 8, 2002, and March 24, 2003, to indemnify F&D for its costs and damages incurred pursuant to F&D's performance of the defaulted performance and payment obligations of American Consertech, Inc., pursuant to payment and performance bonds PRF 8650587, PRF 8650584, PRF 8650581, PRF 8650572, and PRF 8650564;

**IT IS FURTHER ORDERED** that the liability of **Charles Zeller** and **Patricia Ann Zeller** shall be joint and several with the liability adjudged as to Scott Cope, Gloria Cope, and American ConserTech, Inc., in this Court's Order granting default judgment against Scott Cope,

1

Gloria Cope, and American ConserTech, Inc. in these proceedings;

**IT IS FURTHER ORDERED** that F&D's costs and damages, for which the defendants, **Charles Zeller** and **Patricia Ann Zeller** are jointly and severally liable, are in the amount of **$3,533, 396.00**;

**IT IS FURTHER ORDERED** that **Charles Zeller** and **Patricia Ann Zeller** shall pay to F&D the amount of **$3,533, 396.00.**

**DONE and ORDERED** this 18th day of June, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE